
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GREGORY RICHARDSON, an
individual,

               Plaintiff-Appellant,

    v.

FIRST CENTENNIAL MORTGAGE
CORPORATION, an Illinois Corporation
doing business in California; JOSEPH
HOWINGTON, an individual; TRACY
ZHANG, an individual; DOES, 1 through
100, inclusive; DANE MCCLAIN, an
individual,

               Defendants-Appellees.

No.   19-55281

D.C. No.
5:17-cv-01944-JVS-SP

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted July 29, 2021**
San Francisco, California

Before: FERNANDEZ, SILVERMAN, and N.R. SMITH, Circuit Judges.

---

   * This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

   ** The panel unanimously concludes this case is suitable for decision without
oral argument. *See* Fed. R. App. P. 34(a)(2).

Gregory Richardson appeals pro se from an order denying reconsideration of an order dismissing his claims against two defendants, Dane McClain and First Centennial Mortgage Corporation (First Centennial), without leave to amend. We dismiss for lack of jurisdiction. *See Symantec Corp. v. Glob. Impact, Inc.*, 559 F.3d 922, 923 (9th Cir. 2009).

The district court's dismissal orders were not final because they did not dispose of all of Richardson's claims. *See Prellwitz v. Sisto*, 657 F.3d 1035, 1038 (9th Cir. 2011); Fed. R. Civ. P. 54(b). Accordingly, the district court's denial of Richardson's motion for reconsideration was also not final. *See Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990).

"All pending motions are denied as moot." *In re Suspension of Pipkins*, 154 F.3d 1009, 1010 (9th Cir. 1998).

**DISMISSED.**